## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 02 PO MPT. |
| | ) | |
| JOSE ANTONIO NINO-CONTRERAS | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Minor victim; possession or use of firearm, destructive device or other

     dangerous weapon; or failure to register under 18 U.S.C. § 2250

   \_X\_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   \_X\_ Defendant's appearance as required

   \_\_\_\_ Safety of any other person and the community

FILED

JAN 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**.  The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of _3__ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of ____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

1.  At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

_____ 2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3.  The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____  _____

_____  _____

DATED this ___16th_____ day of _____January_____, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney