AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOSE ANTONIO NINO-CONTRERAS

## WARRANT FOR ARREST

CASE NUMBER: 07- 02 PO (MPT)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

  X  Information  __ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)



in violation of Title  8  United States Code, Section (s)  1325(a) & 1329

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

January 16, 2007     Wilmington, DE
Date and Location

by_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 804 King St _____ |

| DATE RECEIVED  1-16-07 | NAME AND TITLE OF ARRESTING OFFICER   William David Dism | SIGNATURE OF ARRESTING OFFICER  [signature] |
|---|---|---|
| DATE OF ARREST  1-16-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
JAN 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE