*Filed in open court 3/22/07*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-02-MPT |
| | ) | |
| JOSE ANTONIO NINO-CONTRERAS | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Jose Antonio Nino-Contreras, by and through his attorney, Eleni Kousoulis, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant, Jose Antonio Nino-Contreras, agrees to plead guilty to Count One of the Information charging him with a violation of Title 8, United States Code, Sections 1325(a)(1) and 1329, entering without inspection. This violation carries a maximum penalty of imprisonment for not more than six months, a $5,000 fine, and a $10.00 special assessment.

2. The defendant agrees to pay the $10 special assessment at the time of sentencing.

3. The defendant understands that if he were to proceed to trial on Count One of the Information, the Government would have to prove each of the following elements of that offense beyond a reasonable doubt: (a) at the time charged in the Information, the defendant was an alien; and (b) the defendant knowingly entered the United States (c) at a time or place other

FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4.  The defendant knowingly, voluntarily, and intelligently admits that: (a) he is a citizen of Mexico; and (b) in January 2004, he entered the United States from Mexico at a point near Nogales, Arizona, (c) without inspection by immigration officials.

5.  It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_Jose Antonio Nino Contreras_

Jose Antonio Nino-Contreras
Defendant

BY: _Robert F. Kravetz_

Robert F. Kravetz
Assistant United States Attorney

_Eleni Kousoulis_

Eleni Kousoulis
Attorney for Defendant

Dated: March 22, 2007

AND NOW, this 22 day of March 2007, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge